# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY THADEN, | |
| Plaintiff, | 8:17CV108 |
| vs. | |
| TRANSWOOD, INC., TRANSWOOD CARRIERS, INC., and TRANSWOOD LOGISTICS, INC., | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion to Dismiss, ECF No. 39. The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The t Motion to Dismiss, ECF No. 39, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 21st day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge